Justin F. Marquez (Cal. Bar No. 262417)
justin@wilshirelawfirm.com
Benjamin H. Haber (Cal. Bar No. 315664)
benjamin@wilshirelawfirm.com
Daniel J. Kramer (Cal. Bar No. 314625)
dkramer@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd, 12th Floor
Los Angeles, California 90010
Telephone:     (213) 381-9988
Facsimile:     (213) 381-9989

Attorneys for Plaintiffs
PSALMS MARTINEZ

Koree B. Wooley (SBN 294489)
kbwooley@jonesday.com
Cindi L. Ritchey (SBN 216899)
critchey@jonesday.com
Jayce E. Gustafson (SBN 344961)
jgustafson@jonesday.com
**JONES DAY**
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:     (858) 314-1200
Facsimile:     (844) 345-3178

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSALMS MARTINEZ, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:22-cv-01624-ADA-HBK<br><br>Honorable Helena M. Barch-Kuchta<br>Department 1<br><br>**JOINT REPORT RE MEDIATION AND NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed:   October 31, 2022<br>Trial Date:            None Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Local Rule 160(a) and the Order Granting the Parties' Request to Continue to Stay this matter dated August 29, 2023 (ECF 27), Plaintiff Psalms Martinez ("Plaintiff") and Defendant Saputo Dairy Foods USA, LLC ("Defendant"), by and through their undersigned attorneys, file this Joint Report re Mediation and Notice of Settlement. On September 19, 2023, the Parties attended mediation and reached an agreement shortly thereafter in principle for a settlement on a class-wide basis, subject to court approval. The Parties are in the process of documenting the settlement and anticipate needing ninety (90) days to finalize the settlement documents and file a motion for preliminary approval. Given the settlement, the parties jointly request the Court vacate all pending deadlines.

Respectfully submitted,

Dated: September 26, 2023         WILSHIRE LAW FIRM

By: _____
Justin F. Marquez
Benjamin H. Haber
Daniel J. Kramer

Attorneys for Plaintiff
PSALMS MARTINEZ

Dated: September 26, 2023         JONES DAY

By: */s/ Koree B. Wooley* (as authorized on 9/26/23)
Koree B. Wooley
Cindi L. Ritchey
Jayce E. Gustafson

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC

The filer attests that the signatory listed above concurs in the content of this document and has authorized its filing.