JONES DAY
Koree B. Wooley, Bar No. 294489
kbwooley@jonesday.com
Cindi L. Ritchey, Bar No. 216899
critchey@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:    +1.858.314.1200
Facsimile:    +1.844.345.3178

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC

WILSHIRE LAW FIRM
Justin F. Marquez, Bar No. 262417
justin@wilshirelawfirm.com
Benjamin H. Haber, Bar No. 315664
benjamin@wilshirelawfirm.com
Daniel J. Kramer, Bar No. 314625
dkramer@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California  90010
Telephone:    +1.213.381.9988
Facsimile:    +1.213.381.9989

Attorneys for Plaintiff
PSALMS MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSALMS MARTINEZ, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:22-cv-01624-DJC-JDP <br><br> **JOINT STIPULATION AND ORDER TO MAINTAIN STAY AND VACATE ALL DEADLINES AND HEARINGS PENDING FINAL SETTLEMENT APPROVAL** <br><br> Complaint Filed: October 31, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Saputo Dairy Foods USA, LLC ("Saputo" or "Defendant") and Plaintiff Psalms Martinez ("Martinez" or "Plaintiff") (collectively, the "Parties"), by and through their respective attorneys of record, submit the following Joint Stipulation and Proposed Order to Maintain the Stay and Vacate All Deadlines Pending Resolution of Final Settlement Approval.

## BACKGROUND

1.      On May 31, 2023, the court entered the Parties' stipulation to stay all proceedings in this matter to allow the Parties to explore settlement through private mediation. (*See* ECF No. 20.)

2.      On September 19, 2023, at private mediation, the Parties agreed to a settlement of this action and the following related actions (the "Global Settlement"): *Psalms Martinez v. Saputo Dairy Foods USA, LLC*, Case No. VCU294960 (Tulare Cnty. Sup. Ct.) ("*Martinez* PAGA Action"); *Vargas v. Saputo Dairy Foods USA, LLC,* Case No. 1:22-cv-1645-DJC-JDP (E.D. Cal.); *Romero v. Saputo Dairy Foods USA, LLC*, Case No. 1:23-cv-00427-DJC-JDP (E.D. Cal.); *Romero v. Saputo Dairy Foods USA, LLC*, Case No. VCU298775 (Tulare Cnty. Sup. Ct.) (collectively, the "Related Actions").

3.      On September 26, 2023, the Parties filed a Joint Report and Notice of Settlement. (*See* ECF No. 28.)

4.      On September 28, 2023, this Court issued a Minute Order directing Plaintiff to file a motion for preliminary approval of the settlement within 90 days in accordance with the provisions of Local Rule 160. (*See* ECF No. 30.)

5.      Given the significant overlap in the claims asserted in the Related Actions, for the sake of judicial economy, and pursuant to the terms of the Parties' Memorandum of Understanding reached after the mediation, the Parties intend to pursue approval of the Global Settlement through the *Martinez* PAGA Action in Tulare County Superior Court.

6.      The Parties are in the process of preparing a long form settlement agreement and anticipate that a motion for preliminary settlement approval will be filed in the *Martinez* PAGA

JOINT STIPULATION TO MAINTAIN STAY
AND VACATE ALL DEADLINES
1:22-cv-01624-DJC-JDP

Action within the next 60 days.

7.    To facilitate the settlement approval process, the Parties hereby enter into the following stipulation, subject to court approval, to maintain the stay of the proceedings and vacate all deadlines pending final approval of the Global Settlement.

## STIPULATION

### IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.  This action shall remain stayed pending final approval of the Global Settlement through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

2.  All deadlines, hearings, and conferences, including the deadline for Plaintiff to file a motion for preliminary approval pursuant to Local Rule 160, are VACATED.

3.  The Parties will file a joint status report to apprise this Court of the date set for the hearing on the motion for final settlement approval in the *Martinez* PAGA Action within five court days after that hearing date is set.

4.  In the event the court does not grant final approval of the global settlement in the *Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was stayed.

**IT IS SO STIPULATED.**

Dated: November 17, 2023              JONES DAY

                                     By:  */s/ Koree B. Wooley*
                                     Koree B. Wooley

                                     Attorneys for Defendant SAPUTO DAIRY
                                     FOODS USA, LLC

Dated: November 17, 2023              WILSHIRE LAW FIRM

                                     By:  */s/ Daniel J. Kramer* (as authorized on
                                     11/16/23)
                                     Justin F. Marquez
                                     Benjamin H. Haber
                                     Daniel J. Kramer

                                     Attorneys for Plaintiff PSALMS MARTINEZ

JOINT STIPULATION TO MAINTAIN STAY
AND VACATE ALL DEADLINES
1:22-CV-01624-DJC-JDP

## ORDER

Having considered the Joint Stipulation between all Parties, and good cause appearing,

**IT IS SO ORDERED.**

Dated:  November 17, 2023                    /s/ Daniel J. Calabretta
_____
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE