JONES DAY
Koree B. Wooley, Bar No. 294489
kbwooley@jonesday.com
Cindi L. Ritchey, Bar No. 216899
critchey@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:     +1.858.314.1200
Facsimile:     +1.844.345.3178

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC

WILSHIRE LAW FIRM
Justin F. Marquez, Bar No. 262417
justin.marquez@wilshirelawfirm.com
Benjamin H. Haber, Bar No. 315664
benjamin.haber@wilshirelawfirm.com
Daniel J. Kramer, Bar No. 314625
daniel.kramer@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: +1.213.381.9988
Facsimile: +1.213.381.9989

Attorneys for Plaintiff
PSALMS MARTINEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSALMS MARTINEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:22-cv-01624-DJC-JDP<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER TO MAINTAIN STAY PENDING FINAL SETTLEMENT APPROVAL**<br><br>Complaint Filed: October 31, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Saputo Dairy Foods USA, LLC ("Saputo" or "Defendant") and Plaintiff Psalms Martinez ("Martinez" or "Plaintiff") (collectively, the "Parties"), by and through their respective attorneys of record, submit the following Joint Status Report and Stipulation.

<u>**STATUS OF LAWSUIT**</u>

1.      On November 20, 2023, the Court stayed this case pending final approval of a global settlement that includes this action ("Global Settlement"), which the Parties are currently pursuing through the related action *Martinez v. Saputo Dairy Foods USA, LLC*, Case No. VCU294960 (Tulare Cnty. Sup. Ct.) ("*Martinez* PAGA Action"), and ordered the Parties to file a joint status report apprising the Court of the date set for a hearing on the motion for final settlement approval. (*See* ECF No. 30.)

2.      On August 14, 2024, the court in the *Martinez* PAGA Action granted the Parties' Motion for Preliminary Approval of the Global Settlement and set a Hearing on Final Approval of the Global Settlement for February 10, 2025 at 8:30 a.m.

3.      The Parties hereby enter into the following stipulation, subject to court approval, to maintain the stay of the proceedings pending final approval of the Global Settlement.

///

///

///

///

///

///

///

///

///

///

JOINT STATUS REPORT AND
STIPULATION TO MAINTAIN STAY
PENDING FINAL SETTLEMENT
APPROVAL
1:22-cv-01624-DJC-JDP

1

**STIPULATION**

2

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

3

1.    This action shall remain stayed pending final approval of the Global Settlement

4

through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

5

2.    In the event the court does not grant final approval of the Global Settlement in the

6

*Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was

7

stayed.

8

**IT IS SO STIPULATED.**

9

10

Dated: November 25, 2024                JONES DAY

11

12

By: */s/ Koree B. Wooley*
Koree B. Wooley

13

Attorneys for Defendant SAPUTO DAIRY
FOODS USA, LLC

14

15

Dated: November 26, 2024                WILSHIRE LAW FIRM

16

By: */s/ Daniel J. Kramer* (as authorized on
11/26/24)

17

Daniel J. Kramer

18

Attorneys for Plaintiff PSALMS MARTINEZ

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT AND
STIPULATION TO MAINTAIN STAY
PENDING FINAL SETTLEMENT
APPROVAL
1:22-cv-01624-DJC-JDP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Having considered the Joint Stipulation between all Parties, and good cause appearing,

1.     This action shall remain stayed pending final approval of the Global Settlement through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

2.     In the event the court does not grant final approval of the Global Settlement in the *Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was stayed.

3.     The parties shall file a joint status report within fourteen days after the hearing on Final Approval of the Global Settlement advising this Court on the status and/or outcome of the Global Settlement in the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.) and shall promptly notify the Court of any change in said hearing's date.

IT IS SO ORDERED.

Dated:  November 27, 2024                          /s/ Daniel J. Calabretta
                                                                   _____
                                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                                   UNITED STATES DISTRICT JUDGE