1  JONES DAY
   Koree B. Wooley, Bar No. 294489
2  kbwooley@jonesday.com
   Cindi L. Ritchey, Bar No. 216899
3  critchey@jonesday.com
   Jayce E. Gustafson, Bar No. 344961
4  jgustafson@jonesday.com
   4655 Executive Drive
5  Suite 1500
   San Diego, California  92121.3134
6  Telephone:    +1.858.314.1200
   Facsimile:    +1.844.345.3178
7
   Attorneys for Defendant
8  SAPUTO DAIRY FOODS USA, LLC

9  WILSHIRE LAW FIRM
   Benjamin H. Haber, Bar No. 315664
10 benjamin.haber@wilshirelawfirm.com
   Daniel J. Kramer, Bar No. 314625
11 daniel.kramer@wilshirelawfirm.com
   3055 Wilshire Blvd., 12th Floor
12 Los Angeles, California 90010
   Telephone: +1.213.381.9988
13 Facsimile: +1.213.381.9989

14 Attorneys for Plaintiff
   PSALMS MARTINEZ
15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

19

20 PSALMS MARTINEZ, individually, and on     Case No. 1:22-cv-01624-DJC-JDP
   behalf of all others similarly situated,
21                                            JOINT STATUS REPORT;
            Plaintiff,                        STIPULATION AND ORDER TO
22                                            MAINTAIN STAY PENDING FINAL
       v.                                     SETTLEMENT APPROVAL
23
   SAPUTO DAIRY FOODS USA, LLC, a             Complaint Filed: October 31, 2022
24 Delaware limited liability corporation; and
   DOES 1 through 10, inclusive,
25
            Defendants.
26

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Saputo Dairy Foods USA, LLC ("Saputo" or "Defendant") and Plaintiff Psalms Martinez ("Martinez" or "Plaintiff") (collectively, the "Parties"), by and through their respective attorneys of record, submit the following Joint Status Report and Stipulation.

**STATUS OF LAWSUIT**

1.      On November 26, 2024, the Court entered the Parties' stipulation to maintain the stay of this action pending final approval of a global settlement that includes this action ("Global Settlement"), which the Parties are currently pursuing through the related action *Martinez v. Saputo Dairy Foods USA, LLC*, Case No. VCU294960 (Tulare Cnty. Sup. Ct.) ("*Martinez* PAGA Action"), and ordered the Parties to file a joint status report within fourteen days after the hearing on the Parties' Motion for Final Approval of the Global Settlement (the "Final Approval Hearing"). (*See* ECF No. 36.)

2.      On February 10, 2025, the Parties appeared for the Final Approval Hearing in the *Martinez* PAGA Action.  The Court heard additional argument regarding Plaintiffs' request for attorneys fees and took the Motion for Final Approval under submission.  As of the filing of this status report, the Court has not yet issued a decision on the Motion for Final Approval.

///
///
///
///
///
///
///
///
///
///

JOINT STATUS REPORT; STIPULATION
TO MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:22-cv-01624- DJC-JDP

1

**STIPULATION**

2

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

3

    1.    This action shall remain stayed pending final approval of the Global Settlement

4

through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

5

    2.    In the event the court does not grant final approval of the Global Settlement in the

6

*Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was

7

stayed.

8

    3.    The Parties will file a joint status report within fourteen days of a decision on the

9

Motion for Final Approval of the Global Settlement in the *Martinez* PAGA Action.

10

11

    **IT IS SO STIPULATED.**

12

13

Dated:  February 24, 2025          JONES DAY

14

15

                           By: */s/ Koree B. Wooley*
                           Koree B. Wooley

16

                           Attorneys for Defendant SAPUTO DAIRY
FOODS USA, LLC

17

18

Dated:  February 24, 2025          WILSHIRE LAW FIRM

19

20

                           By: */s/ Daniel J. Kramer*  (as authorized on 2/24/25)
                           Benjamin H. Haber

21

                           Daniel J. Kramer

22

                           Attorneys for Plaintiff PSALMS MARTINEZ

23

24

25

26

27

28

JOINT STATUS REPORT; STIPULATION
TO MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:22-cv-01624- DJC-JDP

1

## **ORDER**

2    Having considered the Joint Stipulation between all Parties, and good cause appearing,

3    **IT IS SO ORDERED.**

4

5    Dated:  February 25, 2025                    /s/ Daniel J. Calabretta

                                                    THE HONORABLE DANIEL J. CALABRETTA
6                                                   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT; STIPULATION
TO MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:22-cv-01624- DJC-JDP